1  BRETON A. BOCCHIERI (State Bar No. 119459)
2  STEVEN G. POLARD (State Bar No. 90319)
   PERKINS COIE LLP
3  1620 26th Street, Sixth Floor
4  Santa Monica, CA 90404
   (310) 788-9900
5
6  Attorneys for Plaintiff,
   AMERICAN WATER STAR, INC.,
7  a Nevada corporation

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  AMERICAN WATER STAR, INC., a       CASE NO. CV 04-2285 ABC (PJWx)
12  Nevada corporation,

13                    Plaintiff,         STIPULATION FOR EXTENSION
                                         OF TIME TO ANSWER OR
14          v.                           RESPOND TO PLAINTIFF'S FIRST
                                         AMENDED COMPLAINT AND
15                                       CONTINUANCE OF HEARING ON
    KEVIN O'KEEFE, et al.                MOTION FOR REMAND; ORDER
16                                       THEREON
                    Defendants.
17
                                         [Removed from State Court]
18

19

20      Plaintiff, American Water Star, Inc.("Plaintiff"), by and through its counsel of

21  record, Perkins Coie LLP, and Defendants David D. Firestone ("Firestone"), by and

22  through his counsel of record, Sheppard, Mullin, Richter & Hampton, and Tisno

23  Onggara ("Onggara"), by and through his counsel of record, Rosen & Associates,

24  stipulate:

25      Defendant David D. Firestone shall have an extension of time until June 30,

26  2004, to answer, counterclaim or otherwise respond to plaintiffs' First Amended

27  Complaint.

28
    060204/1534[LA041460.012]
    42769-0002

DOCKETED ON CM
JUN - 7 2004
BY ____ mG    009

STIPULATION FOR EXTENSION OF TIME

ORIGINAL

FILED
CLERK, US DISTRICT COURT
JUL - 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

05/28/04   14:41 FAX                                                                     ☒005
06/27/04   18:17 FAX 310 788 3399                                                      ☒003

1   Defendant Tisno Onggara shall have an extension of time until June 30, 2004,

2   to answer, counterclaim or otherwise respond to plaintiffs' First Amended Complaint.

3   As to the Motion for Remand having now been reset for June 28, 2004 at

4   10:00 a.m. and already the subject of a stipulation for continuance between Plaintiff

5   and CIBC Oppenheimer, Firestone and Onggara each stipulates to the new June 28,

6   2004 date as well.

7   This extension is the second stipulated extension and is requested to facilitate

8   settlement discussions and to have the benefit of results of the remand motion.

9   DATED: May 28, 2004

10

11                                          SHEPPARD, MULLIN, RICHTER &
12                                          HAMPTON
13
14                                          By _____
15   IT IS SO ORDERED                          Paul Malingagio, Attorneys for
16   Dated ___ 4, 2004                          Defendant David D. Firestone
17   _____                ROSEN & ASSOCIATES
18   United States District Judge
19                                          By _____
20                                             John Wallace, Attorneys for
21                                             Defendant Tisno Onggara
22   DATED: May ___, 2004
23
24                                          PERKINS COIE LLP
25
26                                          By _____
27                                             Steven G. Polard, Attorneys for
28                                             Plaintiff American Water Star, Inc.

DS27D4/17726[LA041460.D12]
42769-0002

STIPULATION FOR EXTENSION OF TIME

1    Defendant Tisno Onggara shall have an extension of time until June 30, 2004,

2  to answer, counterclaim or otherwise respond to plaintiffs' First Amended Complaint.

3    As to the Motion for Remand having now been reset for June 28, 2004 at

4  10:00 a.m. and already the subject of a stipulation for continuance between Plaintiff

5  and CIBC Oppenheimer, Firestone and Onggara each stipulates to the new June 28,

6  2004 date as well.

7    This extension is the second stipulated extension and is requested to facilitate

8  settlement discussions and to have the benefit of results of the remand motion.

9  DATED: May 27, 2004

10

11                          SHEPPARD, MULLIN, RICHTER &

12                          HAMPTON

13

14                          By

15                             Paul Malingagio, Attorneys for
                              Defendant David D. Firestone
16

17                          ROSEN & ASSOCIATES

18

19                          By

20                             John Wallace, Attorneys for
                              Defendant Tisno Onggara
21

22  DATED: May __, 2004

23

24                          PERKINS COIE LLP

25

26                          By

27                             Steven G. Polard, Attorneys for
                              Plaintiff American Water Star, Inc.
28

05270417728[LA041460.012]
42783-0002                              2
                          STIPULATION FOR EXTENSION OF TIME

1      Defendant Tisno Onggara shall have an extension of time until June 30, 2004,

2  to answer, counterclaim or otherwise respond to plaintiffs' First Amended Complaint.

3      As to the Motion for Remand having now been reset for June 28, 2004 at

4  10:00 a.m. and already the subject of a stipulation for continuance between Plaintiff

5  and CIBC Oppenheimer, Firestone and Onggara each stipulates to the new June 28,

6  2004 date as well.

7      This extension is the second stipulated extension and is requested to facilitate

8  settlement discussions and to have the benefit of results of the remand motion.

9  DATED:  May ___, 2004

10

11

12  **SHEPPARD, MULLIN, RICHTER & HAMPTON**

13

14  By_____

15      Paul Malingagio, Attorneys for

16      Defendant David D. Firestone

17  **ROSEN & ASSOCIATES**

18

19  By_____

20      John Wallace, Attorneys for

21      Defendant Tisno Onggara

22  DATED: ~~May~~ June /, 2004

23

24  **PERKINS COIE** LLP

25

26  By_____

27      Steven G. Polard, Attorneys for

28      Plaintiff American Water Star, Inc.

052704/1726[LA041460.012]
42769-0002

2

STIPULATION FOR EXTENSION OF TIME

**PROOF OF SERVICE – MAIL**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On June 2, 2004, I served true copies of STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CONTINUANCE OF HEARING ON MOTION FOR REMAND; ORDER THEREON, on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

*SEE ATTACHED SERVICE LIST*

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on June 2, 2004, at Santa Monica, California.

Helen Molloy

060204/1534[LA041460.012]
42769-0002

# SERVICE LIST

**Attorneys for Tisno Onggara**
John B. Wallace, Esq.
Rosen & Associates, P.C.
300 S. Grand Avenue
Suite 2700
Los Angeles, CA  90071

**Attorneys for David F. Firestone**
Paul Malingagio, Esq.
Sheppard, Mullin, Richter & Hampton
333 S. Hope Street, 48th Floor
Los Angeles, CA  90071

**Attorneys for CIBC World Markets**
Neil M. Soltman, Esq.
Fredrick S. Levin, Esq.
Francisco Ochoa, Esq.
Mayer Brown Rowe & Maw LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071

052704/1726[LA041460.012]
42769-0002

4